

05/09/2025 GRANTED. THE DEADLINE FOR FILING THE OUTSTANDING DOCUMENTS SET FORTH IN THE ORDER TO UPDATE [DKT. NO. 3] IS EXTENDED TO MAY 21, 2025.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Lester Wade ) | | CHAPTER 7 |
| Debtor ) | | Case No. 25-10869 |

**DEBTOR'S MOTION TO EXTEND TIME TO FILE
SCHEDULES A/B-J, THE SUMMARY OF ASSETS AND LIABILITIES AND
CERTAIN STATISTICAL INFORMATION, DECLARATION ABOUT
INDIVIDUAL DEBTOR'S SCHEDULES, STATEMENT OF FINANCIAL
AFFAIRS FOR INDIVIDUALS FILING BANKRUPTCY, ATTORNEY
DISCLOSURE STATEMENT AND CHAPTER 7 STATEMENT OF CURRENT
MONTHLLY INCOME (OFFICIAL FORM 122A-1),**

Now comes Lester Wade, the above referenced debtor, who respectfully asks this honorable court to extend the time required for him to file Schedules A/B- J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs for Individuals Filing Bankruptcy, Declaration about individual Debtor's schedules, Attorney Disclosure of Compensation Statement, Statement of Financial Affairs Official Form B107, and Chapter 7 Statement of Current Monthly Income Form 122A-1 to Wednesday, May 21, 2053.

The debtor's attorney will be out of state the week of May 12, 2025 and May 14, 2025, is the day the Filings are due; the Debtor and his attorney will need more time to complete and file the Schedules, and the other necessary documents with the court.

Debtor prays that this honorable court allows this motion.

May 9, 2025

Respectfully Submitted
Lester Wade
by his Attorney
 / s / Patrick M. Culhane
Patrick M. Culhane, Esquire
BBO #628855
Law Office of Patrick M. Culhane
100 Grandview Road, Suite 320
PO Box 850617
Braintree, MA 02184
Tel: 781 848-3585
Fax: 781 780-7552
e-mail: pculhanelaw@gmail.com