United States Bankruptcy Court

District of Massachusetts

In re:  
Lester V Wade  
    Debtor  

Case No. 25-10869-cjp  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 1  
Date Rcvd: May 09, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lester V Wade, 25 Millett Ave, South Weymouth, MA 02190-1403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald Lassman | don@lassmanlaw.com  dlassman@ecf.axosfs.com |
| Patrick Michael Culhane | on behalf of Debtor Lester V Wade pculhanelaw@gmail.com g9021@notify.cincompass.com;culhane.patrickb124054@notify.bestcase.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Lester Wade ) | | CHAPTER 7 |
| Debtor ) | | Case No. 25-10869 |

**DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES A/B-J, THE SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION, DECLARATION ABOUT INDIVIDUAL DEBTOR'S SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS FOR INDIVIDUALS FILING BANKRUPTCY, ATTORNEY DISCLOSURE STATEMENT AND CHAPTER 7 STATEMENT OF CURRENT MONTHLLY INCOME (OFFICIAL FORM 122A-1),**

Now comes Lester Wade, the above referenced debtor, who respectfully asks this honorable court to extend the time required for him to file Schedules A/B- J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs for Individuals Filing Bankruptcy, Declaration about individual Debtor's schedules, Attorney Disclosure of Compensation Statement, Statement of Financial Affairs Official Form B107, and Chapter 7 Statement of Current Monthly Income Form 122A-1 to Wednesday, May 21, 2053.

The debtor's attorney will be out of state the week of May 12, 2025 and May 14, 2025, is the day the Filings are due; the Debtor and his attorney will need more time to complete and file the Schedules, and the other necessary documents with the court.

Debtor prays that this honorable court allows this motion.

May 9, 2025

Respectfully Submitted
Lester Wade
by his Attorney
 / s / Patrick M. Culhane
Patrick M. Culhane, Esquire
BBO #628855
Law Office of Patrick M. Culhane
100 Grandview Road, Suite 320
PO Box 850617
Braintree, MA 02184
Tel: 781 848-3585
Fax: 781 780-7552
e-mail: pculhanelaw@gmail.com

[Margin stamp, left side:] 05/09/2025 GRANTED. THE DEADLINE FOR FILING THE OUTSTANDING DOCUMENTS SET FORTH IN THE ORDER TO UPDATE [DKT. NO. 3] IS EXTENDED TO MAY 21, 2025.