## CERTIFICATE OF SERVICE

**I**, Patrick M. Culhane, Esquire, Attorney for the Debtor, Lester Wade, hereby certify that I served the foregoing amended schedule F and the summary of assets and liabilities and certain statistical information electronically via CM/ECF, to the following parties pursuant to Bankruptcy Rules 2002, 4001 and 5005 and MLBR's 2002-1, 4001-1 and 9013-3:

June 12, 2025                             / s / Patrick M. Culhane
                                          Patrick M. Culhane, Esq. BBO #628855
                                          Law Office of Patrick M. Culhane
                                          100 Grandview Road, Suite 320
                                          PO Box 850617
                                          Braintree, MA 02185
                                          Tel:  781 848-3585
                                          Fax:  781 780-7552
                                          e-mail: pculhanelaw@gmail.com

Donald Lassman
Chapter 7 Trustee
Law Office of Donald Lassman PO Box 920385
Needham, MA 02492

Richard B. King, Assistant U. S. Trustee
Office of the US Trustee
J. W. McCormack Post Office and Courthouse
5 Post Office Square, 10th Floor Suite 1000
Boston, MA 02109

And by First Class US MAIL postage prepaid to the following:

Amex/CBNA
PO Box 6789
Sioux Falls, SD 57117

ATS Equipment Inc.
33 Locust Street
Dorchester, MA 02125

Attorney Ellen Rappaport Tanowitz
1340 Centre Street, Suite103
Newton Center, MA 02459

Attorney Melissa J. Bruno
Loveberg & Associates P.C.
85 Constitution Lane, Suite 200F
Danvers, MA 01923

Attorney Paul Hogan
345 Neponset Street
Dorchester, MA 02121

Attorney Stephen J. Connolly
33 Locust Street
Dorchester, MA 02125

Avant LLC/Web Bank
2222 W Merchdise Mart Plaza 900
Chicago, IL 60654

bank of america
PO Box 982238
El Paso, TX 79998-2238

BMC South Boston District
535 E Broadway
South Boston, MA 02127-4415

capital One bank usa na
PO Box 31293
Salt Lake City, UT 84131

capital One One Bank USA
PO Box 31293
Salt Lake City, UT 84131

CB INDIGO/CCI
PO Box 4499
Beaverton, OR 97076

Citi Cards
PO Box 6241
Sioux Falls, SD 57117

Eugene & Eurides Barros
33 Robbins Street
Milton, MA 02186

FEB DESTINY/CCI
PO Box 4499
Beaverton, OR 97076

Galway Excavation
3 North Monroe Terrace
Dorchester, MA 02122

Jefferson Capital Systems LLC
200 14th Ave
E Sartell, MN 56377

Jefferson Capital Systems
200 14th Ave
E Sartell, MN 56377

JPMCB
PO Box 15369
Wilmington, DE 19805

JPMCB CARD
PO BOX 15369,
Wilmington, DE 19850

JPMCB Card Services
PO Box 15369
Wilmington, DE 19850-5369

Mark Grzesik
40 Farm Lane
Norton, MA 02766

Merrick Bank Corp
PO Box 9201
Old Bethpage, NY 11804-9001

Norfolk County Superior Court
650 High St
Dedham, MA 02026-1855

Norfolk Superior Court
650 High Street
Dedham, MA 02026
Prosper/Coastal Community
5415 Evergreen Way
Everett, WA 98203

Quincy District Court
1 Dennis Ryan Pkwy
Quincy, MA 02169-5348

Resurgent/LVNV Funding
PO Box 1269
Greenville, SC 29602

Riverhead Building Supply Company c/o Attorney Brian Hughes
Brennan, Recupero, Casione, Scungio & Mc
174 Dean Street Unit B
Taunton, MA 02780

Rockland Federal cCredit Union
241 Union St
Rockland, MA 02370-1825

SYNCB/Care credit
PO Box 71757
Philadelphia, PA 19176

SYNCB/Lowes
PO Box 965005
Orlando, FL 32896

TD Bank USA/Target Creditor
PO Box 673
Minneapolis, MN 55440

J McKinnon Inc.
PO Box 300
Hansen, MA 02341