

06/17/2025 ALLOWED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Lester Wade         ) | | CHAPTER 7 |
| _____Debtor_____) | | Case No. 25-10869 |

**DEBTOR'S MOTION TO AMEND SCHEDULES A/B AND THE SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION**

Now comes Lester Wade, the above referenced debtor, who respectfully asks this honorable court to allow the Amended Schedule A/B and the summary of assets and liabilities and certain statistical information he filed today and in support the Debtor states the following:

1. The Debtors filed the petition for relief pursuant to the U.S. Bankruptcy code on April 29, 2025.

2. The Debtor is amending Schedule A/B to show a claim he has against a third party, who is Bradley Thomas of 46 Harrison Street, Taunton, MA for work the debtor and his company, Wade Construction and Remodeling did for Mr. Thomas.

Wherefore the debtor prays this honorable court allows this motion.

June 16, 2025

                                                         **Respectfully Submitted**
**Lester Wade by his Attorney**
 / s / **Patrick M. Culhane**
**Patrick M. Culhane, Esquire**
**BBO #628855**
**Law Office of Patrick M. Culhane**
**100 Grandview Road, Suite 304**
**Braintree, MA 02184**
**Tel: 781 843-3585**
**Fax: 781 780-7552**
**e-mail: pculhanelaw@gmail.com**