**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: Lester V. Wade** ) | | **CHAPTER 7** |
| **Debtor** ) | | **Case No. 25-10869** |

**VERIFICATION OF CREDITOR MATRIX - AMENDED**

Now comes Lester Wade, the above referenced debtor, who hereby verifies that the attached list of creditor(s) to the best of his knowledge.

June 20, 2025                                                                 **/ s / Lester V. Wade**
                                                                                             **Lester V. Wade**

J McKinnon Inc.
PO Box 300
Hansen, MA 02341