

06/24/2025 ALLOWED.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: Lester Wade        ) | CHAPTER 7 |
|           Debtor              ) | Case No. 25-10869 |

**DEBTOR'S MOTION TO AMEND SCHEDULE F AND THE SUMMARY
OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL
INFORMATION**

Now comes Lester Wade, the above referenced debtor, who respectfully asks this honorable court to allow the Amended Schedule F and the summary of assets and liabilities and certain statistical information he filed today and in support the Debtor states the following:

1.  The Debtors filed the petition for relief pursuant to the U.S. Bankruptcy code on April 29, 2025.

2.  The Debtor is amending Schedule F to show the balances the creditors claim owe them, and to add the creditor

Wherefore the debtor prays this honorable court allows this motion.

June 24, 2025

**Respectfully Submitted
Lester Wade by his
Attorney
 / s / Patrick M. Culhane
Patrick M. Culhane, Esquire
BBO #628855
Law Office of Patrick M. Culhane
100 Grandview Road, Suite 304
Braintree, MA 02184
Tel: 781 843-3585
Fax: 781 780-7552
e-mail: pculhanelaw@gmail.com**